FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR -3 PM 4:04

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR |
| | ) | |
| v. | ) | VIO: 21 U.S.C. §841(a)(1) |
| | ) | Distribution of Cocaine |
| BENJAMIN GORDON | ) | |
| a/k/a "BENJI" | ) | 18 U.S.C. §2    CR 4 1 6 - 0 8 2 |
| | ) | Aiding and Abetting |
| Defendant. | ) | |

## MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as defendant is in custody or has been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

Jennifer J. Kirkland
Assistant United States Attorney
New York Bar. No. 4838611

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422